# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; GONZALO I.
GALINDO-MILAN, A/K/A GONZALO I.
GALINDO,
Appellants,
vs.
MARY JOHANNA RASMUSSEN, A/K/A
MURPHY JO RASMUSSEN,
Respondent.

No. 78860

**FILED**

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 31, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mathew Harter, District Judge
Gonzalo I. Galindo-Milan
Julie L. Hammer
Black & LoBello
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-27530